**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**   **Sutina Johnson, Debtor**                    **Case No. 24-50181-KMS**
                                                          **CHAPTER 13**

**MOTION TO CONVERT TO CHAPTER 7**

COMES NOW, the above-named Debtor, and requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code, on grounds set forth below.

I.

Debtor(s) commenced this case on February 13, 2024 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

II.

This Case has not been previously converted.

WHEREFORE, Debtor prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above Motion to Convert was uploaded on July 8, 2026 to CM/ECF.   The case trustee and U.S. Trustee will receive electronic notice from CM/ECF because they are registered to receive notices in this case.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.