United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 24-50181-KMS

Sutina Johnson                                                                    Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                   Page 1 of 3

Date Rcvd: Jul 09, 2026                    Form ID: 309A                                  Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sutina Johnson, 7 Shelby Magee Rd, Collins, MS 39428-5660 |
| aty | + | Marc E. Brand, P.O. Box 3508, Jackson, MS 39207-3508 |
| cr | + | S&W RTO, LLC d/b/a Rapid Rentals, Post Office Box 1796, Collins, MS 39428-1796 |
| 5332739 | + | Covington County Hospi, PO Box 1149, Collins, MS 39428-1149 |
| 5332745 | + | Okahoma Water, 1970 CR 45, Mount Olive, MS 39119-5464 |
| 5332746 | + | Rapid Rentals, P.O. Box 1796, Collins, MS 39428-1796 |
| 5352598 | + | Rapid Rentals, Marc E. Brand, Post Office Box 3508, Jackson MS 39207-3508 |
| 5332748 | + | Republic Finance, 1573 SImpson Hwy 49, Ste 6, Magee, MS 39111-4345 |
| 5332751 | | Serrene Dentist, 6767 US 98, Hattiesburg, MS 39402 |
| 5332752 | + | Southern Bone & Joint, 3688 Veterans Memorial, Ste 200, Hattiesburg, MS 39401-8246 |
| 5332753 | + | Southern Financial, P.O. Box 15203, Hattiesburg, MS 39404-5203 |
| 5332755 | + | Summit Financial, 109 Main St, Collins, MS 39428-6193 |
| 5332757 | | United Credit, 719 Hwy 49 Bypass Nort, Magee, MS 39111 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Jul 09 2026 19:32:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | EDI: QDAHENDERSON.COM | Jul 09 2026 23:34:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Jul 09 2026 19:32:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5332736 | | Email/Text: ebn@21stmortgage.com | Jul 09 2026 19:32:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 5333938 | | Email/Text: ebn@21stmortgage.com | Jul 09 2026 19:32:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| 5332738 | | EDI: ATTWIREBK.COM | Jul 09 2026 23:34:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5332737 | + | Email/Text: bnc@teampurpose.com | Jul 09 2026 19:32:00 | Advance America, 4237-B Lakeland Dr, Flowood, MS 39232-9212 |
| 5332741 | | EDI: IRS.COM | Jul 09 2026 23:34:00 | Department of Treasury -, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5332740 | + | Email/Text: bankruptcy@curo.com | Jul 09 2026 19:33:00 | First Heritage, 402 5th Ave SW, Magee, MS 39111-3904 |
| 5365331 | + | Email/Text: bankruptcycourt@towerloan.com | Jul 09 2026 19:32:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |

District/off: 0538-6        User: mssbad        Page 2 of 3

Date Rcvd: Jul 09, 2026        Form ID: 309A        Total Noticed: 40

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5332742 | + | Email/Text: ebone.woods@usdoj.gov | Jul 09 2026 19:32:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5351740 | | EDI: JEFFERSONCAP.COM | Jul 09 2026 23:34:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5332743 | | Email/Text: bk@lendmarkfinancial.com | Jul 09 2026 19:32:00 | Lendmark Financial, Attn: Bankruptcy, 1735 N Brown Rd, Ste 300, Lawrenceville, OH 30043 |
| 5333240 | | Email/Text: bk@lendmarkfinancial.com | Jul 09 2026 19:32:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington GA 30014 |
| 5332744 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 09 2026 19:32:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5333791 | + | Email/Text: bnc@teampurpose.com | Jul 09 2026 19:32:00 | Purpose Financial Inc, PO Box 3058, Spartanburg SC 29304-3058 |
| 5337019 | | Email/Text: bankruptcy@republicfinance.com | Jul 09 2026 19:33:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5332747 | + | Email/Text: bankruptcy@regionalmanagement.com | Jul 09 2026 19:32:00 | Regional Management, Attn: Bankruptcy, 979 Batesville Rd, Ste B, Greer, SC 29651-6819 |
| 5332749 | ^ | MEBN | Jul 09 2026 19:31:35 | Safe Home Security, 1125 Middle St, #201, Middletown, CT 06457-1686 |
| 5332750 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 09 2026 19:32:00 | Santander Consumer, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5340332 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 09 2026 19:32:00 | Santander Consumer USA, Inc., 1601 Elm St., Ste. 800, Dallas, TX 75201-7260 |
| 5359957 | + | Email/Text: bncmail@w-legal.com | Jul 09 2026 19:32:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 5332754 | + | Email/Text: angiec@mysfsinc.com | Jul 09 2026 19:32:00 | Southern Financial Sys, P.O. Box 15203, Hattiesburg, MS 39404-5203 |
| 5332756 | | Email/Text: bankruptcycourt@towerloan.com | Jul 09 2026 19:32:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5332758 | ^ | MEBN | Jul 09 2026 19:31:32 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5336031 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 09 2026 19:32:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 5332759 | | Email/Text: bankruptcy_notices@wgresorts.com | Jul 09 2026 19:32:00 | Westgate Resorts Ltd, Attn: Bankruptcy, 5601 Windhover Dr., Orlando, FL 32819 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | 21ST MORTGAGE CORPORATION, PO BOX 477, KNOXVILLE TN 37901-0477, address filed with court:, 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0538-6                                 User: mssbad                                      Page 3 of 3
Date Rcvd: Jul 09, 2026                             Form ID: 309A                                      Total Noticed: 40

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Jul 11, 2026                          Signature:          /s/Gustava Winters

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline
## United States Bankruptcy Court Southern District of Mississippi

---

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Sutina Johnson** | Social Security number or ITIN | **xxx–xx–1681** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ | |
| | | EIN  _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court for the Southern District of Mississippi

Case number: **24–50181–KMS**

Date case filed in chapter **13**     **2/13/24**
Date case converted to chapter **7**     **7/9/26**

---

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sutina Johnson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7 Shelby Magee Rd<br>Collins, MS 39428 | |
| 4. | **Debtor's attorney** Name and address | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone 601–500–5533<br>Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee** Name and address | Derek A Henderson T1<br>1765–A Lelia Drive<br>Suite 103<br>Jackson, MS 39216 | Contact phone 601–948–3167<br>Email trustee@derekhendersonlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline (12/15)**     page 1

Debtor **Sutina Johnson**                                                                                     Case number **24–50181–KMS**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br><br>**Contact phone 228–563–1790**<br><br>**Date: 7/9/26** |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 21, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Derek A Henderson T1 Zoom video meeting.**<br>**Go to zoom.us/join, enter Meeting ID 737 172 4879 and Passcode 9305294709 , OR call 769–219–3337.**<br><br>**For additional meeting information go to www.justice.gov/ust/moc** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/20/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |