United States Bankruptcy Court
Southern District of Mississippi

In re:
Sutina Johnson
Debtor

Case No. 24-50181-KMS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 3
Date Rcvd: Oct 27, 2026 Form ID: 318 Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sutina Johnson, 7 Shelby Magee Rd, Collins, MS 39428-5660 |
| cr | + | S&W RTO, LLC d/b/a Rapid Rentals, Post Office Box 1796, Collins, MS 39428-1796 |
| 5332739 | + | Covington County Hospi, PO Box 1149, Collins, MS 39428-1149 |
| 5332745 | + | Okahoma Water, 1970 CR 45, Mount Olive, MS 39119-5464 |
| 5332746 | + | Rapid Rentals, P.O. Box 1796, Collins, MS 39428-1796 |
| 5352598 | + | Rapid Rentals, Marc E. Brand, Post Office Box 3508, Jackson MS 39207-3508 |
| 5332748 | + | Republic Finance, 1573 SImpson Hwy 49, Ste 6, Magee, MS 39111-4345 |
| 5332751 | | Serrene Dentist, 6767 US 98, Hattiesburg, MS 39402 |
| 5332752 | + | Southern Bone & Joint, 3688 Veterans Memorial, Ste 200, Hattiesburg, MS 39401-8246 |
| 5332753 | + | Southern Financial, P.O. Box 15203, Hattiesburg, MS 39404-5203 |
| 5332755 | + | Summit Financial, 109 Main St, Collins, MS 39428-6193 |
| 5332757 | | United Credit, 719 Hwy 49 Bypass Nort, Magee, MS 39111 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Oct 28 2026 03:30:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | | EDI: JEFFERSONCAP.COM | Oct 28 2026 03:30:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-9617 |
| 5332736 | | Email/Text: ebn@21stmortgage.com | Oct 27 2026 23:38:00 | 21st Mortgage Corp, Attn: Bankruptcy, 620 Market Street, Knoxville, TN 37902 |
| 5333938 | | Email/Text: ebn@21stmortgage.com | Oct 27 2026 23:38:00 | 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |
| 5332738 | | EDI: ATTWIREBK.COM | Oct 28 2026 03:23:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5332737 | + | Email/Text: bnc@teampurpose.com | Oct 27 2026 23:38:00 | Advance America, 4237-B Lakeland Dr, Flowood, MS 39232-9212 |
| 5332741 | | EDI: IRS.COM | Oct 28 2026 03:30:00 | Department of Treasury -, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5332740 | + | Email/Text: bankruptcy@curo.com | Oct 27 2026 23:38:00 | First Heritage, 402 5th Ave SW, Magee, MS 39111-3904 |
| 5365331 | + | Email/Text: bankruptcycourt@towerloan.com | Oct 27 2026 23:36:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5332742 | + | Email/Text: ebone.woods@usdoj.gov | Oct 27 2026 23:38:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5351740 | | EDI: JEFFERSONCAP.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 28 2026 03:30:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5332743 | | Email/Text: bk@lendmarkfinancial.com | Oct 27 2026 23:36:00 | Lendmark Financial, Attn: Bankruptcy, 1735 N Brown Rd, Ste 300, Lawrenceville, OH 30043 |
| 5333240 | | Email/Text: bk@lendmarkfinancial.com | Oct 27 2026 23:36:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington GA 30014 |
| 5332744 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 27 2026 23:38:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5333791 | + | Email/Text: bnc@teampurpose.com | Oct 27 2026 23:38:00 | Purpose Financial Inc, PO Box 3058, Spartanburg SC 29304-3058 |
| 5337019 | | Email/Text: bankruptcy@republicfinance.com | Oct 27 2026 23:38:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5332747 | + | Email/Text: bankruptcy@regionalmanagement.com | Oct 27 2026 23:36:00 | Regional Management, Attn: Bankruptcy, 979 Batesville Rd, Ste B, Greer, SC 29651-6819 |
| 5332749 | ^ | MEBN | Oct 27 2026 23:29:38 | Safe Home Security, 1125 Middle St, #201, Middletown, CT 06457-1686 |
| 5332750 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 27 2026 23:38:00 | Santander Consumer, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5340332 | | Email/Text: enotifications@santanderconsumerusa.com | Oct 27 2026 23:38:00 | Santander Consumer USA, Inc., 1601 Elm St., Ste. 800, Dallas, TX 75201-7260 |
| 5359957 | + | Email/Text: bncmail@w-legal.com | Oct 27 2026 23:36:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 5332754 | + | Email/Text: angiec@mysfsinc.com | Oct 27 2026 23:38:00 | Southern Financial Sys, P.O. Box 15203, Hattiesburg, MS 39404-5203 |
| 5332756 | | Email/Text: bankruptcycourt@towerloan.com | Oct 27 2026 23:36:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5332758 | ^ | MEBN | Oct 27 2026 23:29:34 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5336031 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 27 2026 23:38:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 5332759 | | Email/Text: bankruptcy_notices@wgresorts.com | Oct 27 2026 23:36:00 | Westgate Resorts Ltd, Attn: Bankruptcy, 5601 Windhover Dr., Orlando, FL 32819 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| cr | *P++ | 21ST MORTGAGE CORPORATION, PO BOX 477, KNOXVILLE TN 37901-0477, address filed with court:, 21st Mortgage Corporation, PO Box 477, Knoxville, TN 37901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Marc E. Brand | on behalf of Creditor S&W RTO LLC d/b/a Rapid Rentals michelle@brandlawfirm.com, marc@brandlawfirm.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sutina Johnson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Sutina Johnson** | Social Security number or ITIN | **xxx–xx–1681** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **24–50181–KMS**

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Sutina Johnson**

Dated: 10/27/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**